Argued and submitted May 31, affirmed September 5, 2001

## STATE OF OREGON,
*Respondent,*

*v.*

## DAVID BRADLEY MATTHEW METZ,
*Appellant.*

99-12-0279C; A109823

31 P3d 1095

Beth Corbo, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, State Public Defender.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Brewer, Judge, and Ceniceros, Senior Judge.

PER CURIAM

Affirmed. *State v. Johnston*, 176 Or App 418, 31 P3d 1101 (2001).